# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0272.  ELLEN CURIEL STRAUSS f/k/a ELLEN CURIEL FRANCIS v. EDDIE YEHESKEL FRANCIS.**

In lower court case no. 2016-CV-273184, the father, Eddie Yeheskel Francis, filed a motion for modification of alimony and child support against the mother, Ellen Curiel Strauss f/k/a Ellen Curiel Francis.  On September 25, 2017, the superior court entered its order on the modification motion.  In that order, the superior court specifically reserved ruling on the issue of attorney fees.  In lower court case no. 2003-CV-68313, the mother filed a contempt action against the father for unpaid alimony and child support.  On December 10, 2018, the superior court enter its final order on contempt and denied the mother's request for attorney fees.  Thereafter, on January 8, 2019, the mother filed this application for discretionary appeal of the superior court's modification order, asserting that the interlocutory order is now final based on the denial of attorney fees in the contempt case.[1]  The father has filed a motion to dismiss the application because the order is not final.  We agree.

There is no indication in the record that these two lower court cases were consolidated below.  And there does not appear to be any order addressing the issue of attorney fees in the modification case.  Therefore, the modification case is still pending below and the mother was required to follow the interlocutory appeal procedure to obtain appellate review of the modification order.  See *CitiFinancial Svcs., Inc. v. Holland*, 310 Ga. App. 480, 481 (713 SE2d 678) (2011); *Miller v.*

---

[1] The mother has also filed an application for discretionary appeal of the superior court's contempt order.  See Case No. A19D0271.

*Miller*, 282 Ga. 164, 165 (646 SE2d 469) (2007).  Consequently, the mother's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this application.  The father's motion to dismiss is GRANTED, and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*  02/07/2019
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*